# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER CHACON, ) | 1:10-cv-2416 AWI GSA |
| Plaintiff, ) | |
| ) | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. ) | |
| ) | (Document 2) |
| HOUSING AUTHORITY OF THE ) COUNTY OF MERCED, ) | |
| Defendant. ) | |

Plaintiff is proceeding pro se and has requested leave to proceed in forma pauperis pursuant to Title 28 of the United States Code section 1915(a). Plaintiff has made the showing required by section 1915(a), and accordingly, the request to proceed in forma pauperis will be granted.[1]  28 U.S.C. § 1915(a).

IT IS SO ORDERED.

Dated: __January 11, 2011__        _____/s/ Gary S. Austin_____

---

[1] Plaintiff is advised that the Court is required to screen complaints of pro se litigants pursuant to. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the litigant has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2). The court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it contains cognizableclaims for relief against the named defendant. The Court has a large number of such cases pending before it and will screen Plaintiff's complaint in due course.

UNITED STATES MAGISTRATE JUDGE